436

884 A.2d 247

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Raheem WHITMORE, Respondent.**

Supreme Court of Pennsylvania.

Sept. 13, 2005.

## ORDER

PER CURIAM:

AND NOW, this 13th day of September 2005, the "Petition for Permission to File a Post Submission Memorandum of Notification Pursuant to Pa.R.A.P. 2501(a)" is denied. The Petition for Allowance of Appeal is granted limited to whether the Superior Court exceeded its authority by *sua sponte* removing the sentencing judge.